Surjit P. Soni (State Bar No. 127419)
M. Danton Richardson (State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
THE SONI LAW FIRM
35 North Lake Ave., Suite 720
Pasadena, California 91101
(626) 683-7600 Telephone
(626) 683-1199 Fax

SURJ@SONILAW.COM
DANTON@SONILAW.COM
LEO@SONILAW.COM

Attorneys for Plaintiff,
BIBIJI INDERJIT KAUR PURI

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BIBIJI INDERJIT KAUR PURI, an individual,

               Plaintiff,

    vs.

GOLDEN TEMPLE OF OREGON, LLC, an Oregon Limited Liability Corporation; DOES 1 through 10,

               Defendants.

) CASE NO.:
) CV10-882 JFW (VBKx)
) NOTICE OF INTERESTED PARTIES
) (Local Rule 7.1-1)
)
)
)
)
)
)
)
)
)
)
)

S:\Soni_Law\Inderjit Puri\vs GTO - TM\pldgs\Notice Interested Parties.020410.wpd

CONFORMED COPY

The undersigned, counsel of record for BIBIJI INDERJIT KAUR PURI, an individual, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representatives are made to enable the Court to evaluate possible disqualification or recusal.

| **PARTY** | **CONNECTION** |
|---|---|
| BIBIJI INDERJIT KAUR PURI | PLAINTIFF |
| GOLDEN TEMPLE OF OREGON, LLC, an Oregon Limited Liability Company | DEFENDANT |

Plaintiff is informed and believes that Unto Infinity LLC, an Oregon Limited Liability Company, is at least a part owner and/or controls Defendant.

Dated: February 5, 2010          THE SONI LAW FIRM

By: _____
Surjit P. Soni
M. Danton Richardson
Attorneys for Plaintiff,
BIBIJI INDERJIT KAUR PURI