| | |
|---|---|
| 1 | KENNETH R. DAVIS II (OSB 971132) |
| | davisk@lanepowell.com |
| 2 | PARNA A. MEHRBANI (OSB 053235) |
| | mehrbanip@lanepowell.com |
| 3 | TIFFANY SCOTT (WSB 41740) |
| | scottT@lanepowell.com |
| 4 | LANE POWELL PC |
| | 601 SW SECOND AVENUE, SUITE 2100 |
| 5 | PORTLAND, OR 97204-3158 |
| | Telephone: 503.778.2100 |
| 6 | Fax: 503.778.2200 |

*Pro hac vice* applications pending

STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
RACHEL VALADEZ (SBN 252415)
RValadez@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
GOLDEN TEMPLE OF OREGON, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIBIJI INDERJIT KAUR PURI, an individual, | Case No. CV 10-882 JFW (VBK) |
| Plaintiff, | NOTICE OF ERRATA RE: DOCUMENT NO. 8 |
| v. | [DEFENDANT GOLDEN TEMPLE OF OREGON, LLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO MAKE MORE DEFINITE AND CERTAIN AND, IN THE ALTERNATIVE, TO COMPEL ARBITRATION] |
| GOLDEN TEMPLE OF OREGON, LLC, an Oregon limited liability corporation; DOES 1 through 10, | |
| Defendant. | |
| | Date: April 12, 2010 |
| | Time: 1:30 p.m. |
| | Place: Courtroom 16, 312 N. Spring St., Los Angeles, CA 90012 |

1724858.1

NOTICE OF ERRATA RE: DOCUMENT NO. 8

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO
2  THE HONORABLE COURT:
3  PLEASE TAKE NOTICE that in connection with the electronic filing of
4  Document No. 8 in the court's CM/ECF system in the above-titled action,
5  (Defendant Golden Temple of Oregon, LLC's Motion to Dismiss or, in the
6  Alternative, to Make More Definite and Certain and, in The Alternative, to Compel
7  Arbitration (the "Motion")) counsel for Defendant Golden Temple of Oregon, LLC,
8  inadvertently placed the wrong case number on two of the attachments to the Main
9  Document – specifically, the [Proposed] Order and the Certificate of Service.  On
10 those two documents, Defendant inadvertently used the Case No. CV 10-992
11 instead of the correct Case No., CV 10-882.  The Main Document and the first
12 attachment, the Declaration of Kenneth R. Davis II, contained the correct Case
13 Number.

DATED:  March 17, 2010            GREENBERG GLUSKER FIELDS
                                  CLAMAN & MACHTINGER LLP


                                  By:  /s/ Rachel Valadez
                                       RACHEL VALADEZ (SBN 252415)
                                       Attorneys for Defendant GOLDEN
                                       TEMPLE OF OREGON, LLC

1724858.1                          1                NOTICE OF ERRATA RE:  DOCUMENT
                                                    NO. 8

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590