Surjit P. Soni (State Bar No. 127419)
M. Danton Richardson (State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
THE SONI LAW FIRM
35 North Lake Ave., Suite 720
Pasadena, California 91101
(626) 683-7600 Telephone
(626) 683-1199 Fax

SURJ@SONILAW.COM
DANTON@SONILAW.COM
LEO@SONILAW.COM

Attorneys for Plaintiff,
BIBIJI INDERJIT KAUR PURI

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIBIJI INDERJIT KAUR PURI, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br><br>GOLDEN TEMPLE OF OREGON, LLC, an Oregon Limited Liability Corporation; DOES 1 through 10,<br><br>　　　　　Defendants. | CASE NO.: CV 10-882-JFW (VBKx)<br><br>**NOTICE OF SCHEDULING CONFERENCE**<br><br>DATE:　　　　April 26, 2010<br>TIME:　　　　8:30 a.m.<br>COURTROOM:　16 |

1  **TO ALL PARTIES AND TO THEIR ATTORNEY(S) OF RECORD:**

2  **PLEASE TAKE NOTICE** that a Scheduling Conference has been set
3  for **April 26, 2010,** at 8:30 a.m. before Honorable Judge John F.
4  Walter in Courtroom 16 of the United States Courthouse located at
5  312 N. Spring Street, Los Angeles.

6  Counsel are directed to comply with Rule 26 of the Federal
7  Rules of Civil Procedure and Local Rule 26-1 in a timely fashion
8  and to file a Joint Report and a ADR Pilot Program Questionnaire,
9  on or before **April 15, 2010.** The title page of the Joint Report
10 must state the date and time of the Scheduling Conference.

11 A copy of the Court's Civil Minutes of March 15, 2010 is
12 attached hereto as Exhibit "A."

13 Lead Trial Counsel for each party shall also confirm that they
14 are registered as "ECF Users" and shall provide their "E-Mail
15 Address of Record." Courtesy copies shall be provided to the Court
16 in accordance with the Court's Standing Order.

17 Pursuant to the attached Order, Plaintiff's counsel hereby
18 gives notice of the Scheduling Conference to all parties that have
19 appeared in this action.

20

21 Dated: March 17, 2010          THE SONI LAW FIRM

22

23                                By: __/s/ M. Danton Richardson__
                                       Surjit P. Soni
24                                     M. Danton Richardson
                                       Attorneys for Plaintiff,
25                                     BIBIJI INDERJIT KAUR PURI

26

27

28

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is 35 North Lake Avenue, Suite 720, Pasadena, California 91101.

On **March 17, 2010**, I caused to be served the foregoing described as on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

                see attached service list

**[X]** (MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day, with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(PERSONAL SERVICE)** I caused the above referenced document to be personally served by hand on the addressees listed above.

**[X]** (VIA ELECTRONIC MAIL) I caused such document to be delivered to addressees listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 17, 2010**, at Pasadena, California.


                                            /s/ Teresa Tsai
                                            Teresa Tsai

```
 1  Kenneth R. Davis II davisk@lanepowell.com
    Parna A. Mehrbani mehrbanip@lanepowell.com
 2  Tiffany Scott scottt@lanepowell.com
    JANE POWELL PC
 3  601 SW Second Avenue, Suite 2100
    Portland, OR 97204-3158
 4  (503)778-2100
    (502)778-2200 Fax
 5
    Stephen S. Smith ssmith@greenbergglusker.com
 6  Rachel Valadez rvaladez@greenbergglusker.com
    GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
 7  1900 Avenue of the Stars, 21st Floor
    Los Angeles, CA 90065
 8  (310)553-3610
    (310)553-0687 Fax
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```