KENNETH R. DAVIS II (OSB 971132)
davisk@lanepowell.com
PARNA A. MEHRBANI (OSB 053325)
mehrbanip@lanepowell.com
TIFFANY SCOTT (WSB 41740)
scottT@lanepowell.com
LANE POWELL PC
601 SW SECOND AVENUE, SUITE 200
PORTLAND, OR  97204-3158
Telephone: 503.778.2100
Fax:  503.778.2200

*Pro hac vice* applications pending

STEPHEN S. SMITH (SBN 166539)
SSmith@GreenbergGlusker.com
RACHEL VALADEZ (SBN 252415)
RValadez@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Defendant
GOLDEN TEMPLE OF OREGON, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIBIJI INDERJIT KAUR PURI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>GOLDEN TEMPLE OF OREGON, LLC, an Oregon limited liability corporation; DOES 1 through 10,<br><br>    Defendant. | Case No.  CV 10-882 JFW (VBK)<br><br>**DEFENDANT'S CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 & F.R.C.P. 7.1**<br><br>Assigned To:  Hon. John F. Walter<br>Courtroom 16, 312 N. Spring St.<br>Los Angeles, CA  90012<br><br>Complaint filed:  February 5, 2010<br>Trial date:  none set |

The undersigned counsel of record for Golden Temple of Oregon, LLC certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Golden Temple of Oregon, LLC ("Golden Temple") (defendant) (Pursuant to F.R.C.P. 7.1, no publicly held corporation owns 10% or more of Golden Temple's membership interests);

2. Bibiji Inderjit Kaur Puri (plaintiff);

3. KIIT Company, Inc. (parent corporation of Golden Temple);

4. Unto Infinity, LLC (parent corporation of Golden Temple);

5. Golden Temple Management, LLC (parent corporation of Golden Temple); and

6. CNA Insurance Company

DATED: March 31, 2010        GREENBERG GLUSKER FIELDS
                             CLAMAN & MACHTINGER LLP


                             By: /s/ Rachel Valadez
                                 RACHEL VALADEZ (SBN 252415)
                                 Attorneys for Defendant GOLDEN
                                 TEMPLE OF OREGON, LLC

31902-00002/1726307.2        1        DEFENDANT'S CERTIFICATION AS TO INTERESTED PARTIES