Surjit P. Soni (State Bar No. 127419)
M. Danton Richardson (State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
THE SONI LAW FIRM
35 North Lake Ave., Suite 720
Pasadena, California 91101
(626) 683-7600 Telephone
(626) 683-1199 Fax
SURJ@SONILAW.COM
DANTON@SONILAW.COM
LEO@SONILAW.COM
Attorneys for Plaintiff,
BIBIJI INDERJIT KAUR PURI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIBIJI INDERJIT KAUR PURI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN TEMPLE OF OREGON, LLC, an Oregon Limited Liability Corporation; DOES 1 through 10,<br><br>Defendants. | CASE NO.: CV 10-882-JFW (VBKx)<br><br>**PROOF OF SERVICE OF PLAINTIFF'S FIRST AMENDED COMPLAINT** |

PROOF OF SERVICE OF FIRST AMENDED COMPLAINT

S:\Soni_Law\Inderjit Puri\Inderjit vs GTO-TM\pldgs\PDFs\1st Amended Complaint\POS COVER SHEET.wpd

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is 35 North Lake Avenue, Suite 720, Pasadena, California 91101.

On **April 5, 2010,** I caused to be served the foregoing described as on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

**see attached service list**

[X]  (MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day, with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **(PERSONAL SERVICE)** I caused the above referenced document to be personally served by hand on the addressees listed above.

[X]  (VIA ELECTRONIC MAIL) I caused such document to be delivered to addressees listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 5, 2010**, at Pasadena, California.


_____/s/ Teresa Tsai_____
Teresa Tsai

1  Kenneth R. Davis II davisk@lanepowell.com
   Parna A. Mehrbani mehrbanip@lanepowell.com
2  Tiffany Scott scottt@lanepowell.com
   JANE POWELL PC
3  601 SW Second Avenue, Suite 2100
   Portland, OR 97204-3158
4  (503)778-2100
   (502)778-2200 Fax
5
   Stephen S. Smith ssmith@greenbergglusker.com
6  Rachel Valadez rvaladez@greenbergglusker.com
   GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
7  1900 Avenue of the Stars, 21st Floor
   Los Angeles, CA 90065
8  (310)553-3610
   (310)553-0687 Fax
9