1 | Surjit P. Soni (State Bar No. 127419)
2 | M. Danton Richardson (State Bar No. 141709)
Leo E. Lundberg, Jr. (State Bar No. 125951)
3 | THE SONI LAW FIRM
35 North Lake Ave., Suite 720
4 | Pasadena, California 91101
(626) 683-7600 Telephone
5 | (626) 683-1199 Fax

6 | SURJ@SONILAW.COM
DANTON@SONILAW.COM
7 | LEO@SONILAW.COM

8 | Attorneys for Plaintiff,
BIBIJI INDERJIT KAUR PURI

9

10 | **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
11

12 | BIBIJI INDERJIT KAUR PURI, an    ) CASE NO.: CV10-882 JFW(VBKx)
individual,    )
13 |    ) FIRST AMENDED COMPLAINT FOR:
           Plaintiff,    ) 1.   FEDERAL STATUTORY AND COMMON
14 |    )      LAW TRADEMARK INFRINGEMENT
   )      (15 U.S.C. §1051 et seq.);
15 |    vs.    ) 2.   VIOLATION OF SECTION 43(a)
   )      OF THE LANHAM ACT;
16 |    ) 3.   UNFAIR COMPETITION;
   ) 4.   UNFAIR TRADE PRACTICES (Cal.
17 | GOLDEN TEMPLE OF OREGON, LLC, an )      Bus. and Prof. Code § 17200
Oregon Limited Liability    )      et seq.);
18 | Corporation; DOES 1 through 10,    ) 5.   IMPOSITION OF CONSTRUCTIVE
   )      TRUST;
19 |            Defendants.    ) 6.   DECLARATORY RELIEF;
   ) 7.   ASSIGNMENT OF TRADEMARK
20 | _____ )      APPLICATIONS AND
     REGISTRATIONS TO ALL "YOGI"
21 |      AND "YOGI TEA" MARKS;
   8.   CANCELLATION OF REGISTERED
22 |      MARKS; AND
   9.   DETERMINATION THAT DEFENDANT
23 |      HAS NO RIGHT TO REGISTER
     (15 U.S.C. §1119)
24

25 |            DEMAND FOR JURY TRIAL

26

27

28

FILED
2010 APR -5 PM 3: 47
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

COPY

FIRST AMENDED COMPLAINT

S:\Soni_Law\Inderjit Puri\Inderjit vs GTO-TM\pldgs\Amended Complaint-sps.wpd

Plaintiff, BIBIJI INDERJIT KAUR PURI, files this First Amended Complaint for federal and common law trademark infringement, violation of Lanham Act §43(a), unfair competition, unfair trade practices, constructive trust, for a judgment that Defendant, GOLDEN TEMPLE of OREGON, LLC, does not own and has no right use or to register the "YOGI," "YOGI TEA" or any related or confusingly similar trademarks and for an order compelling assignment of all such applications and registrations to Plaintiff and other beneficiaries of the Yogi Bhajan and Inderjit Kaur Puri Joint Living Trust, or their cancellation, as follows:

### Jurisdiction and Venue

1.    The Court has subject matter jurisdiction over the claims herein pursuant to 15 U.S.C. §1121, and 28 U.S.C. §1338(a), in that all federal counts arise under the Trademark Laws of the United States, 15 U.S.C. §1051 *et seq.*  This Court has subject matter jurisdiction over the state law counts under 28 U.S.C. §§ 1338(b) and 1367(a) for state law claims that arise from the same facts and circumstances as the federal claims upon which original jurisdiction is based.

2.    BIBIJI is informed and believes and thereon alleges that venue is also proper in this Court under 28 U.S.C. §1391(b)(2), in that a substantial part of the events or omissions giving rise to the claim occurred in this District and Defendant maintains a place of business in this District.

### The Parties

3.    Plaintiff BIBIJI INDERJIT KAUR PURI ("Plaintiff" or "BIBIJI") is an individual residing in Los Angeles, California.

4.    BIBIJI is informed and believes and thereon alleges that Defendant GOLDEN TEMPLE OF OREGON, LLC ("Defendant" or "GTO") is an Oregon Limited Liability corporation with a principal place of business located at 2545 Prairie Road, Eugene, OR 97402.  GTO also maintains a place of business in this District.

5.    Defendants, DOES 1 through 10, inclusive, are sued herein under fictitious names.  Their true names and capacities are unknown to Plaintiff.  BIBIJI will amend this Complaint when their true names and capacities are ascertained.  BIBIJI is informed and believes and thereon alleges that each of the fictitiously named Defendant are responsible in some manner for the occurrences herein alleged, and that BIBIJI's damages as herein alleged were proximately caused by each such Defendant.

6.    BIBIJI is informed and believes and on that basis alleges, that at all times herein mentioned, all Defendants herein, whether named or fictitiously designated (hereinafter collectively referred to as "Defendants"), were the agents, servants, employees, joint venturers, and/or the alter egos of the remaining Defendants, and the acts of each Defendant were within the course and scope of their agency, service, employment, and with permission, consent, and ratification of each other Defendant.

**Factual Background**
**Yogi Bhajan**

7.    Yogi Bhajan was a charismatic spiritual leader and successful entrepreneur who introduced Kundalini Yoga and Sikhism to the United States.  He was born Harbhajan Singh in what is now

Pakistan to a family of healers and community leaders.  He studied comparative religion and Vedic philosophy as an undergraduate and went on to receive his Masters in Economics with honors from Punjab University.  He also earned a Ph.D. in communications psychology from the University of Humanistic Studies in San Francisco.

8.   Yogi Bhajan was a Master of Kundalini Yoga by the age of 16.   In the late 1960s, he immigrated from India to Canada, and then to the United States, in order to realize his vision of bringing Kundalini Yoga to the West.  He began by teaching workshops, sharing the ancient wisdom of Ayurveda and healthy living that he learned in India.  Ayurveda is a system of traditional medicine native to India, which focuses on the use of natural herbs, massage and yoga for healing and healthy living.

9.   In response to the drug culture of the 60s, Yogi reached out to youth and taught them the peaceful, inner euphoria they could get naturally from Kundalini Yoga.  As a result, young people began flocking to his classes, arriving in busloads.  Yogi Bhajan created a family, known as 3HO (Healthy, Happy, Holy Organization) and soon 3HO teaching centers began springing up throughout the United States and across the world, growing to over 300 centers in 35 countries.  3HO was founded on Yogi Bhajan's premise that every human possessed the birthright to be healthy, happy and holy.

10.  Yogi Bhajan grew to be internationally known as a religious, community and business leader with a distinguished reputation as a man of peace, world-vision, wisdom, and compassion. In 1971, he was designated the Siri Singh Sahib, or the Sikh leader in the Western Hemisphere.  As the Siri Singh Sahib, he discussed inter-religious dialogue with Pope John Paul II and also worked

side-by-side with the Archbishop of Canterbury and the Dalai Lama to foster world peace.

11.  Yogi Bhajan wrote and published over 30 books on topics ranging from consciousness and spirituality to communication and psychology.  He also founded several companies, including Defendant GTO, to manufacture and distribute natural products based on his teachings.  Yogi Bhajan and his teachings have received extensive media coverage and are well known throughout the United States and the world.

12.  Yogi Bhajan passed away on October 6, 2004 at the age of 75.

### Yogi Tea

13.  Beginning around 1969, after his classes, Yogi Bhajan would serve his students a special spiced tea he developed based upon the healing principles of Ayurveda, which he began calling "Yogi Tea," referring to the tea that he, Yogi Bhajan had developed.

14.  In or around 1984, with Yogi Bhajan's encouragement and assistance, some of his students formed a company to market and sell this "Yogi Tea."  Yogi Bhajan granted the company, which was originally known as the Yogi Tea Company, a license to use his name and likeness and the trademark "Yogi Tea"  to market teas based on formulas developed by Yogi Bhajan.

15.  Defendant GTO is a successor to the Yogi Tea Company and, in turn, also licensed the right to use Yogi Bhajan's name and likeness, including the "Yogi" and "Yogi Tea" marks (collectively referred to as the "YOGI MARKS").  Since at least as early as 1998,

1  GTO used Yogi Bhajan's image on its packaging, its websites and
2  sales and marketing materials heralding that the "Yogi behind Yogi
3  Tea is Yogi Bhajan...." Attached hereto as Exhibit "A" is a true
4  and correct copy of "archive" pages from the "yogitea.com" website
5  from 1998 and thereafter reflecting such uses and acknowledging the
6  origins of "Yogi Tea."

7      16.  The license provides that GTO is authorized, by virtue of
8  the license, to use Yogi Bhajan's image and sayings and his name
9  and all names or terms by which he is known or which are associated
10 with him (collectively referred to as the "HSKY marks" [meaning the
11 Harbhajan Singh Khalsa Yogiji, Yogi Bhajan's full name] or
12 "Licensed Marks") in connection with the sales of certain goods,
13 including teas.  The Licensed marks include "Yogi Tea."

14     17.  The License prohibits GTO from disputing, challenging or
15 registering the Licensed Marks in any country.

16     18.  GTO has applied for and registered numerous of the
17 Licensed marks in the United States and possibly other countries in
18 violation of the License Agreement.

19     19.  The License was renewed and extended repeatedly until it
20 was replaced with a new license in 2004 with a term of 75 years
21 providing the same scope of license to use the Licensed Marks.

22     20.  At the end of 2008, GTO announced it had ceased use of
23 Yogi Bhajan's name and likeness.  GTO claimed to have terminated
24 the license and ceased paying royalties due under the License.
25 Consequently, GTO no longer has any right to use the Licensed
26 Marks, including the "Yogi Tea" mark.

27     21.  In fact, GTO continued to use the "Yogi Tea" Licensed
28 Mark, and still uses it today without authorization from the owners

**FIRST AMENDED COMPLAINT**

of the mark.   GTO has also expanded the use of the Yogi mark to cereals without authority or compensation to the owners of the mark.   This action concerns all infringing conduct post termination.

22.   Yogi Bhajan and his wife, Plaintiff BIBIJI, created a joint living trust which thereafter owned and controlled the trademark rights and other intellectual property of Yogi Bhajan. After Yogi Bhajan's death, this trust was terminated with BIBIJI receiving her fifty percent (50%) interest in and to the trust assets, including the trademarks and other intellectual property rights related to Yogi Bhajan.

### COUNT I
### FEDERAL STATUTORY AND
### COMMON LAW TRADEMARK INFRINGEMENT

23.   BIBIJI hereby realleges, as if fully set forth, the allegations of paragraphs 1 through 22, inclusive.

24.   GTO fraudulently and in violation of the License Agreement applied for and registered the Licensed YOGI MARKS which now belong to BIBIJI.

25.   The registered Licensed Marks therefore belong to BIBIJI even though they are held in the name of GTO.

26.   Under the terms of the license, all of the goodwill accumulated and associated with the YOGI MARKS inured to the benefit of the owner and licensor of the marks to the exclusion of GTO and its predecessors, the mere licensees.

27.   GTO and its predecessors expressly acknowledged and advertised that the "Yogi behind Yogi Tea is Yogi Bhajan," and the //

1  consuming public came to associate Yogi Tea exclusively with Yogi

2  Bhajan.

3      28.   With actual knowledge of BIBIJI's ownership rights,

4  Defendants continue to use the YOGI trademarks and trade dress

5  belonging to BIBIJI to promote and advertise Defendants' Goods

6  which are not associated, affiliated, connected with, or

7  authorized, approved, produced or sponsored by BIBIJI since

8  Defendants' termination of the license.

9      29.   Defendants have also used the HSKY marks on goods never

10  authorized by Yogi Bhajan or Bibiji and never included as "Licensed

11  Goods" under the License.

12     30.   Defendants' unlawful use, including use after termination

13  of the license, of BIBIJI'S trademarks and intellectual property is

14  likely to cause confusion, deception, or mistake as to the source,

15  association, affiliation or sponsorship of Defendants' Goods.

16     31.   As a direct and proximate result of Defendants' illegal

17  activities, BIBIJI has suffered serious damage, including the

18  inability to license the YOGI MARKS to others and loss of royalty

19  income, and unless Defendants are restrained from continuing their

20  wrongful acts, the damage to BIBIJI, which is irreparable, will

21  increase.

22     32.   The aforesaid acts of Defendants constitute trademark

23  infringement in violation of BIBIJI's rights at common law and

24  under the Federal Lanham Act.

25     33.   BIBIJI has no adequate remedy at law.

26  //

27  //

28  //

**FIRST AMENDED COMPLAINT**

## COUNT II
## VIOLATION OF SECTION 43(a) OF THE LANHAM ACT

34. BIBIJI hereby realleges, as if fully set forth, the allegations of paragraphs 1 through 33, inclusive.

35. Defendants' acts alleged above constitute a false designation and description as to the origin, quality, association, affiliation, sponsorship and characteristics of Defendants' goods to be sold under the YOGI MARKS.

36. GTO, as a mere licensee, acquired no rights in or to the YOGI MARKS, which at all times remained the property of the licensor.

37. GTO retained no rights to use the Licensed Marks and intellectual property which was the subject of the license after it terminated the license.

38. GTO never had any right to use the Licensed Marks and intellectual property of goods not expressly identified in the License agreement.

39. Defendants expressly acknowledged and advertised for decades that the "Yogi behind Yogi Tea is Yogi Bhajan" thereby indelibly etching in the minds of the consuming public the origin, an association, affiliation and sponsorship of Yogi Tea and the YOGI MARKS with Yogi Bhajan.

40. Defendants acted with actual knowledge of BIBIJI's trademark rights and with knowledge that their acts constitute a false designation and description of the origin, quality, association, affiliation, sponsorship and characteristics of the goods bearing the YOGI MARKS as alleged above after they terminated

//

1  the license and in their use of the YOGI MARKS on goods not

2  approved by Yogi Bhajan or BIBIJI and not included in the License.

3      41.   Defendants' acts constitute false designations and/or

4  descriptions of origin, false association, affiliation and/or

5  sponsorship in violation of BIBIJI's rights under Section 1125(a)

6  of the Trademark Act of 1946 (Section 43(a) of the Lanham Act; 15

7  U.S.C. § 1051, et. seq.)

8      42.   Upon information and belief, Defendants' acts are

9  destroying the exclusive association of the YOGI MARKS with their

10  rightful owners, and has harmed BIBIJI thereby, including, but not

11  limited to commercial losses such as, the loss of royalty income

12  from the licensing of the YOGI MARKS.

13      43.   BIBIJI cannot license the YOGI MARKS to others while

14  Defendants continue to unlawfully use the marks.

15      44.   Unless Defendants are immediately restrained from

16  continuing their wrongful acts, the damage to BIBIJI, which is

17  irreparable, will increase.

18      45.   BIBIJI has no adequate remedy at law.

19

20              **COUNT III**
           **UNFAIR COMPETITION**

21

22      46.   BIBIJI repeats, as if fully set forth herein, the

23  allegations set forth in paragraphs 1 through 45.

24      47.   Upon information and belief, Defendants have committed

25  acts of unfair competition and have unlawfully traded upon the

26  valuable goodwill and reputation of the YOGI MARKS in violation of

27  the common law of the State of California, in that Defendants are

28  claiming ownership of the YOGI MARKS and a right to use them on

---

**FIRST AMENDED COMPLAINT**

1  goods when, in fact, Defendants have only ever been a licensee of
2  said marks.

3      48.   Defendants have terminated the license agreement and
4  refused to pay any license fees.

5      49.   Defendants are attempting to appropriate the YOGI MARKS
6  for their own use to the exclusion of the rightful owners.

7      50.   Defendants are creating confusion in the marketplace as
8  to the ownership, association, affiliation, and sponsorship of the
9  YOGI MARKS by claiming ownership in themselves.

10     51.   BIBIJI is unable to license the YOGI MARKS to others
11 while Defendants continue to unlawfully use the YOGI MARKS and has
12 lost royalties and income.

13     52.   Defendants have been unjustly enriched by their acts of
14 unfair competition to the exclusion of BIBIJI.

15     53.   Upon information and belief, Defendants have
16 intentionally misappropriated the commercial value of the YOGI
17 MARKS, have unlawfully acted to damage the source-identifying
18 quality of said marks, and have adversely affected the value of the
19 goodwill and reputation associated with those marks.

20     54.   BIBIJI believes that the acts alleged above were willful,
21 fraudulent, malicious and oppressive and were undertaken with the
22 intent to harm BIBIJI, or were done with reckless disregard of
23 BIBIJI's rights, and justify the awarding of punitive damages so as
24 to set an example and to deter others from engaging in such
25 conduct.

26     55.   BIBIJI has suffered, is suffering, and will continue to
27 suffer irreparable injury for which Plaintiff has no adequate
28 remedy at law.

**FIRST AMENDED COMPLAINT**

1

**COUNT IV**
**UNFAIR TRADE PRACTICES**
2       **(Cal. Bus. and Prof. Code §17200 et seq.)**

3       56.   BIBIJI repeats, as if fully set forth herein, the

4  allegations set forth in paragraphs 1 through 55.

5       57.   Upon information and belief, Defendant have engaged in

6  acts of statutory unfair competition as defined in California

7  Business and Professions Code Section 17200, including unfair and

8  fraudulent business practices.

9       58.   BIBIJI is entitled to an injunction under California

10  Business and Professions Code Section 17203 enjoining Defendants

11  from engaging in its unlawful acts, and restoration of any money or

12  property which Defendants acquired through their acts of unfair

13  competition.

14       59.   BIBIJI and the public have no adequate remedy at law and

15  therefore ask that Defendants be enjoined from their unlawful use

16  of the YOGI MARKS.

17

18                         **COUNT V**
                  **IMPOSITION OF CONSTRUCTIVE TRUST**
19                  **(California Civil Code § 2224)**

20       60.   BIBIJI hereby realleges, as if fully set forth, the

21  allegations of paragraphs 1 through 59, inclusive.

22       61.   By reason of the wrongful acts of Defendants as set forth

23  above, Defendants are involuntary trustees of all rights and

24  goodwill associated with the YOGI MARKS, together with all income

25  or funds received by Defendants from their wrongful acts.

26       62.   Defendants should be required to turn over all such

27  income or funds unlawfully obtained.

28  //

**FIRST AMENDED COMPLAINT**

**COUNT VI**
**DECLARATORY RELIEF**

63.  BIBIJI hereby realleges, as if fully set forth, the allegations of paragraphs 1 through 63, inclusive.

64.  An actual controversy exists between BIBIJI and Defendants in that Defendants contend that they own and/or control the exclusive right to use the YOGI MARKS in relation to teas and cereals, and other unspecified products as well, whereas BIBIJI contends that she owns the YOGI MARKS.

65.  A justiciable controversy exists concerning whether Defendants or BIBIBJI owns and controls the YOGI MARKS.

66.  BIBIJI requests that the Court issue a judgment declaring that BIBIJI is the owner of the YOGI MARKS and that Defendants have no right to advertise, offer to sell or sell any products or services using the YOGI MARKS, or any mark confusingly similar thereto, and that Defendants shall assign to BIBIJI all rights, title and interest to any marks, registered or otherwise, acquired under license from BIBIJI's predecessor in interest, Yogi Bhajan.


**COUNT VII**
**ASSIGNMENT OF TRADEMARK APPLICATIONS AND REGISTRATIONS**
**TO ALL YOGI MARKS**

67.  BIBIJI repeats, as if fully set forth herein, the allegations set forth in paragraphs 1 through 66.

68.  Defendants have applied in the U.S. Patent and Trademark Office ("USPTO") to register the YOGI mark in International Class 30 for "Granola; granola snacks; granola based snack bars; ready to eat, cereal-derived food bars."  See Exhibit "B."  Defendants' application is an "intent to use" application, which acknowledges

that Defendants had not yet used the mark as of the filing date of December 9, 2009, long after the public came to associate the YOGI MARKS with Yogi Bhajan.

69.   Defendants have also applied in the USPTO to register the YOGI mark in International Class 30 for "processed cereal-based food to be used as a breakfast food, snack food, or ingredient for making other foods."  See Exhibit "C."  Defendants' application is an "intent to use" application, which acknowledges that Defendants had not yet used the mark as of the filing date of December 18, 2009, long after the public came to associate the YOGI MARK with Yogi Bhajan.

70.   Defendants have also applied in the USPTO to register the YOGI mark in International Class 30 for "Tea and ready-to-drink tea."  See Exhibit "D."  Defendant's application declares that Defendant first used the YOGI mark in commerce on such goods on December 26, 2008, long after the public came to associate the YOGI mark with Yogi Bhajan.

71.   Defendants have also applied in the USPTO and obtained registration of the YOGI TEA trademark in International Class 30 for "Tea."  Exhibit "E."  Such registration issued on May 27, 2008 as Registration No. 3435101.  The registration declares that Defendants first used the YOGI TEA mark in commerce was on tea on April 9, 2007, long after the public came to associate the YOGI mark with Yogi Bhajan.

72.   Defendant GTO's predecessor also applied to the USPTO and obtained registration of the YOGI TEA trademark in International Class 30 for "Tea."  Exhibit "F."  Such registration issued on June 18, 1996, as Registration No. 1,980,514.  The registration declares

1  that Defendant first used the YOGI TEA mark in commerce on tea on
2  March 8, 1983, long after the public came to associate the YOGI
3  mark with Yogi Bhajan.

4      73.  As set forth above, Defendants have no right to use the
5  YOGI MARKS or any marks confusingly similar thereto.  Nonetheless,
6  Defendants have filed the foregoing applications to register the
7  YOGI MARKS, and have wrongfully obtained registrations for the YOGI
8  TEA mark.

9      74.  Based on Defendants' wrongful registration of the YOGI
10 TEA trademark and applications to register the YOGI MARKS as set
11 forth above, this Court should order immediate assignment of such
12 registrations and applications to their rightful owner, BIBIJI, the
13 successor in interest to Yogi Bhajan.  If the Court does not assign
14 such registrations and applications then, alternatively, the Court
15 should order the USPTO to cancel such registrations and
16 applications as requested below.

17

18                          **COUNT VIII**
   **DETERMINATION THAT DEFENDANT HAS NO RIGHT TO REGISTER**
19                        **(15 U.S.C. §1119)**

20     75.  BIBIJI repeats, as if fully set forth herein, the
21 allegations set forth in paragraphs 1 through 74.

22     76.  As set forth above, Defendants have no right to use the
23 YOGI MARKS or any marks confusingly similar thereto.  Nonetheless,
24 Defendants have filed applications to register the YOGI MARKS.

25     77.  The YOGI MARKS Defendants' applications seeks to register
26 are identical in sight, sound and meaning as the YOGI MARKS as used
27 by and associated with Yogi Bhajan.

28 //

---

**FIRST AMENDED COMPLAINT**

78.   BIBIJI will be irreparably damaged if Defendants are permitted to obtain registrations for the foregoing YOGI MARKS.

79.   This Court should issue an order directing the USPTO to refuse registration of the YOGI trademarks sought by Defendants on either the primary or supplemental register of the USPTO pursuant to 15 U.S.C. §1119.

## COUNT IX
### CANCELLATION OF REGISTERED MARK
### (15 U.S.C. §1119)

80.   BIBIJI repeats, as if fully set forth herein, the allegations set forth in paragraphs 1 through 79.

81.   Defendants have no right to use the YOGI MARKS or any marks confusingly similar thereto.

82.   Defendants have fraudulently, and in violation of the License Agreement, obtained registrations the YOGI MARKS which are identical in sight, sound and meaning as the YOGI MARKS as used by and associated with Yogi Bhajan.

83.   The fraud was perpetrated by Defendants when they applied for and later secured registrations for the Licensed Marks, in violation of the License Agreement and without disclosing their acts to Yogi Bhajan or BIBIJI, and by claiming under oath that no other person has a senior right to the Licensed Marks in connection with those trademark applications, when they were fully aware that they owned no rights to the Licensed Marks and all right in and to them inured to Yogi Bhajan and BIBIJI.

84.   BIBIJI will be irreparably damaged if Defendants are permitted to maintain the registrations for the foregoing YOGI TEA MARKS.

**FIRST AMENDED COMPLAINT**

85.   If this Court does not order the assignment of all registrations of the YOGI MARKS to BIBIJI as requested herein then, alternatively, this Court should issue an order directing the USPTO to cancel Defendant's registrations for YOGI TEA, and any other YOGI MARKS.

### PRAYER FOR RELIEF

Wherefore, BIBIJI prays:

1.   That Defendants be found liable to Plaintiff for Defendants' infringement of Plaintiff's YOGI MARKS.

2.   That this Court issue an injunction prohibiting Defendants, their directors, and officers, agents, servants, employees and all persons in active concert or privity or in participation with Defendants, from infringing Plaintiff's YOGI or HSKY trademarks by the use of YOGI MARKS or any confusingly similar names, marks or designations.

3.   That this Court award Plaintiff up to treble damages against Defendants in view of its willful conduct.

4.   That this Court award punitive and exemplary damages against Defendants and in favor of Plaintiff.

5.   That Plaintiff be awarded an amount to be determined for corrective advertising to allow for the recapture of the source-identifying function of Plaintiff's marks and trade dress.

6.   That Defendants, their directors, and officers, agents, servants, employees and all other persons in active concert or privity or in participation with them, be enjoined from making and disseminating false and misleading statements regarding

the ownership, affiliation, association, sponsorship of the YOGI MARKS or otherwise committing any acts of unfair competition.

7. Directing Defendants to pay to Plaintiff all gains, profits, and advantages, and to turn over all trademark, trade dress and other rights, derived by Defendants from the aforesaid unfair trade practices, unfair competition and violations of Cal Civil Code § 2224.

8. Directing restitutionary damages for Defendants' violations of Cal. Bus. & Prof. Code §17200 *et. seq.*, including the appointment of a Receiver, if necessary.

9. That this Court order immediate assignment of Defendants' registrations for YOGI TEA and applications to register YOGI, and any other YOGI MARKS to their rightful owner, Plaintiff, the successor in interest to Yogi Bhajan.

10. That this Court issue an order directing the USPTO to refuse registration of the YOGI trademarks sought by Defendant on either the primary or supplemental register of the USPTO pursuant to 15 U.S.C. §1119.

11. That this Court issue an order directing the USPTO to cancel Defendant's registrations for YOGI TEA, and

12. That costs of this action be awarded Plaintiff.

13. That Plaintiff be awarded both prejudgment and post-judgment interest on each and every damage award.

14. That this Court determine that this is an exceptional case and that Plaintiff be awarded its reasonable attorney fees.

15. That this Court grant such other and further relief as it shall deem just and proper.

**FIRST AMENDED COMPLAINT**

1  Dated: April 5, 2010            THE SONI LAW FIRM

2

3                                  By: /s/ Surjit P. Soni
                                       Surjit P. Soni
4                                      M. Danton Richardson
                                       Leo E. Lundberg, Jr.
5                                      Attorneys for Plaintiff,
                                       BIBIJI INDERJIT KAUR PURI
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FIRST AMENDED COMPLAINT**

## DEMAND FOR JURY TRIAL

Plaintiff BIBIJI hereby demands a jury trial in the above-entitled action.


Dated:    April 5, 2010          THE SONI LAW FIRM


                                 By: /s/ Surjit P. Soni
                                     Surjit P. Soni
                                     M. Danton Richardson
                                     Leo E. Lundberg, Jr.
                                     Attorneys for Plaintiff,
                                     BIBIJI INDERJIT KAUR PURI

**FIRST AMENDED COMPLAINT**



12/02/1988
y-gi-tea.com
The way back
Machine

The Yogi Tea Company manufactures delicious beverage teas and medicinal herbal teas known as Ancient Healing Formulas, all based on the Ayurvedic Tradition from India.



Please browse this site to find out more about our extensive lines of herbal teas.



*Click on either of these two icons to view more about these lines of herbal teas.*





© Copyright 1998 The Yogi Tea Company

Revised: November 17, 1998





*Presents:*



**YOGI TEA**~six unique flavors delicately balanced to lift your spirit while it
soothes your body and soul. Start with the rich memory of vanilla and let it
transport you to an azure-sky day fading into evening on the shores of a
tropical sea. This is the inspiration of YOGI TEA. Then consider the lingering
spiciness of cinnamon, and envision its origins within the mysterious valleys
of the tranquil Himalayas. It's here~captured in our all-natural herbal blends,
made with the finest ingredients from around the world.



**Tahitian Vanilla** ~ When the brave sea captains found the lush,
tropical islands of the South Seas, they also discovered the world's most
fragrant, flavorful vanilla beans. We blend this Tahitian Vanilla with treasured
spiced for a tea with unmatched richness and the smooth taste of a tropical

19

paradise.

- Increases circulation
- Regulates menstruation
- Enhance digestion
- Decreases gas
- Adrenal builder
- Anti-inflammatory
- Soothe digestive membranes

**Egyptian Licorice** ~ The great kings of Egypt treasured the "magical" licorice root for its natural sweetness, deep rich flavor and healthful properties. No licorice treat is more delicious or satisfying than our Egyptian Licorice Tea, a blend of selected herbs, spices and natural flavorings from Egypt and around the globe.

- Soothe digestive membranes
- Anti-inflammatory
- Enhance digestion
- Decreases nausea
- Increases circulation
- Release sinus congestion

**Hazelnut Cream** ~ From the cafés of Italy come the rich, nutty flavors of our Hazelnut Cream Tea. Its blend of fine hazelnut cream and aromatic spices will transport you to that Italian café with its wonderful desserts, joining Europe's most enthusiastic lovers of luscious food and drink.

- Increases circulation
- Soothe digestive membranes
- Anti-inflammatory
- Liver detox/protector
- Hormone balance

20

**Cinnamon Spice** ~ In ancient India, sweet, aromatic cinnamon, spicy ginger root, fragrant cardamom, delicate black pepper and fine tea leaves graced te warm valleys and Himalayan hills. Our original Cinnamon Spice Tea blends these herbs and spices, imported from all over the globe in a uniquely invigorating brew.

- Increases circulation
- Decreases joint stiffness
- Enhance digestion
- Liver detox, protector
- Decreases gas, decreases nausea

**Maple Royale** ~ In the early spring, the northern woods are scented with fragrant steam from the maple sugar houses. We've captured this sweet, distinctive taste of real maple in our Maple Royale Tea. Fine cinnamon and cardamom are combined with pure maple for a delicious royal blend.

- Increases circulation
- Liver detox/protector
- Joint stiffness
- Respiratory tonic
- Decongest respiratory

**Mango Passion** ~ Mango and Passion Fruit have delighted palates with their sweet, heavenly flavor since India first recorded its passion for mangoes 4,000 years ago. Our Mango Passion Tea combines the finest natural flavors and essences with subtle herbs and spices to create a taste and aroma even the gods could not resist.

- Increases circulation
- Tonify uterus

21

Case 2:10-cv-00882-JFW-VBK   Document 25   Filed 04/05/10   Page 25 of 55

- Anatioxidant
- Anti-inflammatory
- Diabetes
- Respiratory tonic
- Enhance digestion

Nature has truly been kind to us, providing the wonderful herbs
and spices for my Yogi Tea formulations, based on the traditions
of ancient India and Ayureveda. Since I was young, I have taught
about improving life with the right foods, herbs and the exercises of yoga.
Now these benefits are deliciously available to you in Yogi Tea.
It's my pleasure to create these teas for you; enjoy them
as a gift from nature and from me.

# Yogi Bhajan

The Ayurvedic Institute - Yoga Center - The Herbal Laboratory -
Contact by E-mail - Yogi Tea - Ancient Healing Formulas - Food For Thought -Yogi
Bhajan Home Page

22

# The Yogi Behind Yogi Tea



**Yogi Bhajan** was born in what is now Pakistan, to a family of healers, and community leaders. At age seven he began to study with the great yogis, healers and Ayurvedic masters of the region and eventually became a master of these ancient practices himself. He graduated from Punjab University in 1952 with a Master's degree in Economics. In 1953 he married Bibiji Inderjit Kaur, and together they have raised three children. He went on to work as an officer in the service of the Indian Government until 1967.

In 1968 Yogi Bhajan began to teach the science and technology of Kundalini Yoga, Ayurveda, meditation, and healthy living in America. He established the 3HO (Healthy, Happy, Holy Organization) Foundation in 1969. This non-profit foundation promotes happiness, health, and union with the soul as the birthright of every human being. Today 3HO is a world-wide association of people with over 300 centers in 38 countries. The 3HO Foundation is a Non-Government Organization (NGO) in Consultative Status (Roster) with the Economic and Social Council of the United Nations.

In 1980 Yogi Bhajan earned his Ph.D. in

http://web.archive.org/web/19981201065112/www.yogitea.com/YogiBhajan.html          1/24/2010

Psychology. He spends much of his time counseling people from all walks of life. He lectures and teaches extensively on the topics of health, healing, relationships, and spirituality.

He also serves as the Siri Singh Sahib, Chief Religious Authority for the Sikhs of the Western Hemisphere. As an ambassador of inter-religious dialogue, he is the Co-President of the Human Unity Conference and works with religious leaders and organizations world-wide.

Yogi Bhajan has also authored over 30 publications on varied topics including religion, spirituality, business, health, and psychology. He has been affectionately called the "Father of the Woodstock Nation." He hosts several camps and events each summer in his home state of New Mexico, including International Peace Prayer Day. He is a significant contributor to the political and economic welfare of the region and has been a trusted personal advisor to every New Mexico Governor since 1970.

In the early 70's Yogi Bhajan encouraged his students to start businesses like Yogi Tea to make products which could help people live healthier and happier lives. Today that vision has become KIIT. Yogi Bhajan is a good and trusted advisor to us, and to all. His favorite saying is, "If you cannot see God in all, you cannot see God at all."

24



For more about Yogi Bhajan follow this link.

Home Page • History • Yogi Teas • Ancient Healing Formulas •
Newsletter • Ingredients • International • Organics
Feedback • Yoga • Yogi Bhajan • Resources • Other Products •
KIIT • Ayruveda • Where to Buy • What's New

© Copyright 1998 The Yogi Tea Company

Revised: November 17, 1998

25

# The History of Yogi Tea

In 1969, Yogi Bhajan came to the United States and began teaching Kundalini Yoga. His lectures and courses covered not only yoga and meditation, but also the ancient science of Ayurveda that uses nutrition, herbs, and other arts to keep the body, mind and spirit healthy. After each class, Yogi Bhajan would serve an aromatic spice tea to his students, which they affectionately named "Yogi Tea." In time, this uniquely-flavored tea was served in the Golden Temple Vegetarian Restaurants that sprouted in the US and Europe during the early 70's.

Yogi Tea became a hit with the customers because of it's delicious taste and tonic-like affects. In response to such a positive demand, the Golden Temple Restaurants began to package and sell the tea to local natural food stores. This grass roots endeavor blossomed into the Yogi Tea Company.

Illustration of Yogi Tea Spices

By 1986, we had developed three flavors of Yogi Tea which commanded a strong following in both the United States and Europe. In 1988, we introduced the first four Ancient Healing Formula teas. Created by Yogi Bhajan and his team of Ayurvedic experts, this line used highly

26

specialized herbal formulas to maintain and support the vitality and health of the body. Currently, the Yogi Tea line of beverage teas has six flavored varieties, including the original recipe. In addition, we produce and distribute over 30 Ancient Healing Formula Teas to meet a variety of health needs..

## Organic Ingredients

In 1991, we joined with our sister company, Yogi Tea of Europe, to develop sources of organic ingredients for our teas. However, we had no idea of the challenge that lie in wait. Reliable, abundant, and quality sources of organic herbs and spices were impossible to find. In the spirit of self-reliance, we looked into creating a supply on our own. Seven years later, through a cooperative effort between non-profit organizations, indigenous peoples and Yogi Botanicals (our sister nuetraceutical company), herbs and spices are being cultivated in sustainable, socially-positive communities across the world. Tribal farmers trained in organic techniques provide our company with spices like lemon grass and black peppers. One of our most successful cooperatives thrives in the rainforest of Sumatra, Indonesia. There, local farmers cultivate organic Cassia Cinnamon using methods that support the local environment, not decimate it.

Organic farming offers a number of benefits to consumers, farmers, and the environment. Organic techniques rely on the environment's natural cycles to replenish the richness of the soil. Since rich soil

yields strong, pest-resistant crops, farmers do not need chemical fertilizers and pesticides. This creates a healthy work environment for the farmers. These techniques also maintain topsoil integrity, reduce the amount of chemical run-off into lakes, streams and ground water, and (most important) provide the consumer with food that is all-natural and chemical-free.

It gives us a great deal of joy and satisfaction to know that in bringing you, the customer, quality organic ingredients, we are also helping indigenous communities maintain their economic independence.

# Where We're Going

The Yogi Tea Company is reported to be the fastest growing tea company in the 14 billion dollar a year Natural Foods Industry (SPINS, 1997). Over 5000 natural food stores in America, Canada, Europe, Africa, Asia, Russia and Australia feature our Yogi Teas and Ancient Healing Formula teas. We are committed to continuing our 25-year tradition of providing our customers with the highest quality Ayurvedic teas, and look forward to introducing more delicious, health-conscious products in the future.

The Yogi Tea Company is a member of the family of companies that comprise Khalsa International Industries and Trades (KIIT). For over 25 years, these companies have applied conscious values and principles in business. Through shared systems, management, marketing and strategies, we are working to pioneer a legacy of quality services,

products and mutual excellence.

Home Page • History • Yogi Teas • Ancient Healing Formulas •
Newsletter • Ingredients • International • Organics
Feedback • Yoga • Yogi Bhajan • Resources • Other Products •
KIIT • Ayruveda • Where to Buy • What's New

© Copyright 1998 The Yogi Tea Company

Revised: November 17, 1998

7/18/04
Yogi Tea - com
The Weyback
Machine



Home   Organic Care   Herb Glossary   Where to buy   About Us   Contact Us   FAQ

Our Organic Teas

Healing Formulas   Woman's Teas   Green Teas   Exotic Teas   Chai   Free Samples



**What's New**

**New Woman's Healing Formulas**
Carefully formulated organic teas for the special needs of a woman's body. more

**Innovative Website**
Discover our interactive website features. more



click here
to receive our
free email newsletter

**Cooling Summer Recipes**
Stay cool and healthy with these delicious treats. more



**Increase mental alertness with Maté**
A South American traditional healing herb does it all. more



**Sun Safety**
Enjoy the healthy rays of the sun but remember not to overdo a good thing! more

*Greet the Summer with an Exotic Experience*

Let our exotic teas take you on a journey down the golden sunlit Nile, across the endless green plains of Argentina or along the tropical beaches of Hawaii. Enjoy the sweet licorice refreshment of Egyptian Licorice Mint, savor the unique smoky flavor of Andes Yerba Maté or delight in the strawberry-citrus accented Hibiscus Paradise. Cool off with one of our iced exotic blends and don't forget to offer them at summer gatherings!



**Find The Appropriate Healing Formulas!**
Try our easy to use Find-Your-Tea to choose the best Healing Formulas for your needs. Select a category and your health concern, and our herbal masters will suggest soothing solutions.



*Glorious Hibiscus*

Gorgeous and brightly colored, the hibiscus flower is a glorious inhabitant of the tropical islands of the South Pacific and many other areas of the world. A native of southern China, the original wild hibiscus was a lovely small pink flower. The Chinese royal court was delighted with this special bloom and cultivated many unique colorful varieties. more

Sites To Visit

*Hawaiian Luau*
Celebrate summer with a luau and learn more about this ancient Hawaiian tradition at http://web.archive.org/web/20040708054438/http://www.hawaii-lueus.com/.

*Natural Nutty Candy Bar*
Discover a delicious candy bar, smothered in caramel and wrapped in outrageous

**Test Your Knowledge**
Which of the statements about vegetarian diets is false?

- Vegetarian diets can be very high in cholesterol.
- Vegetarian diets don't contain enough protein.
- Vegetarian diets are low in fat.
- In general, vegetarian diets are



http://web.archive.org/web/20040708054438/http://www.yogitea.com/                1/24/2010

Organic Herbal Teas - Yogi Tea



stripes at
http://web.archive.org/web/20040708054438/http://www.whaqungchew.com/

healthier

**Sounds of Yogi Tea**
Let the gentle sounds of
peace renew your spirit
with this beautiful CD from
Yogi Tea. more

Your body is the temple of God. Your
soul is the spirit of God. Your mind
is the flow of God. —Yogi Bhajan

*Increase Mental
Acuity*
Keep yourself focused and
alert through the busy
hours of your day with this
simple 3 minute
meditation. more

Privacy Policy • Disclaimer • Links • Site Map • Yogi Tea Europe • ©2004 Yogi Tea. All Rights Reserved.

http://web.archive.org/web/20040708054438/http://www.yogitea.com/                    1/24/2010



| Healing Formulas | Woman's Teas | Green Teas | Exotic Teas | Chai | Free Samples |

**Yogi Tea Philosophy**

**Create yogically inspired quality herbal teas** that balance and heal.

**Support the health and future of the planet** by using organic ingredients and recycled materials.

**Share the knowledge with our customers and** inspire them to become healthier and happier.

**Develop a conscious working atmosphere** where each individual can develop his or her creative potential in order to enhance the prosperity of the company and achieve personal fulfillment and satisfaction.

*About Us*

As you may have guessed, there really is a "yogi" behind Yogi Tea. In 1969 **Yogi Bhajan** began teaching Kundalini Yoga in America, sharing the ancient wisdom of Ayurveda and healthy living that he had mastered in India. After each class he would serve his students a special spice tea based upon this healing science, which they affectionately named **Yogi Tea.**



Yogi Bhajan, the "yogi" behind Yogi Tea

Soon, Yogi Bhajan's students opened **Golden Temple Vegetarian Restaurants** in the US, Canada, and Europe. The delicious, rich and spicy aroma of Yogi Tea brewing permeated the environment and every customer who enjoyed the tea wanted to make their own cup of Yogi Tea at home. Through these Golden Temple restaurants, the first batches of Yogi Tea were sold to the public. In 1984 this grassroots endeavor blossomed into **The Yogi Tea Company** and Yogi Tea began to appear on Natural Foods Store shelves throughout the country.

Yogi Bhajan taught that businesses based on respect for the divinity in all beings could lead to real and lasting change. Developing work environments that focused on the growth of each individual's potential as much as on production of goods and profits would create a radical and meaningful shift in the notion of "work." Under his guidance, small businesses began to take root along with Yogi Tea. Golden Temple (bulk granolas), Peace Cereal (packaged cereals), Wha



Guru Chew (candy bars), Herbal Gems (capsulated herb formulas), Sunshine (body care products) and Soothing Touch (professional massage products), were some of the companies founded during this period.

In 1991 Yogi Tea introduced the first Healing Formula teas. This line of medicinal teas was designed to address specific health needs using highly specialized herbal formulas created by Yogi Bhajan and his team of herbal experts. That same year, our company made a conscious decision to use organic ingredients in Yogi Tea in order to provide

Yogi Tea's first 6 Exotic Teas

the highest quality and best tasting teas we could.

Our teas have continued to evolve, meeting the ever-changing needs of the customer. Today Yogi Tea makes a rich beverage line of 9 **Exotic Teas** from all over the world that include the original spice formula, now called Classic India Spice. Our line of **Healing Formulas** has been expanded to 30 specialized blends to effectively answer a wide range of specific healing need, with 5 **Woman's Healing Formulas** specially created for female comfort and relief. Our 3 **Simply Green Teas** and 6 **Green Tea Healing Formulas**



Our manufacturing facility in Eugene, Oregon

offer the healthful qualities of green tea in a non-bitter blend of the finest organic green teas. Our 2 **Tea Latte** concentrates in aseptic packs are as convenient as they are delicious. Finally, a line of 3 **Organic Chais** gives our customers the chance to taste the authentic enchanting flavors of India and the Far East. With more than 40 teas to choose from, Yogi Tea has a tea for every need and every season.

Organic ingredients, Ayurvedic wisdom and modern knowledge are incorporated into every product we develop at our own modern manufacturing facility in Eugene, Oregon. We are committed to applying our yogic lifestyle to our businesses, honoring diversity and the need for individuals to grow in social and spiritual ways. Yogi Tea along with our sister companies, Golden Temple, Peace Cereal, Wha Guru Chew, Sunshine Spa, Herbal Gems and Soothing Touch is dedicated to providing the finest products possible to support the health and well-being of our customers.

Privacy Policy • Disclaimer • Links • Site Map • Yogi Tea Europe • ©2004 Yogi Tea. All Rights Reserved.

33



# YOGI TEA

### Savor the Journey

Discover the benefits of a natural lifestyle with delicious Yogi Tea.

OrganicSpiceTEa

OrganicSpiceTEa

OrganicSpiceTEa

The Law of Communication: Say it straight, simple and with a smile.
—Yogi Bhajan

**Meditation for Gratitude**
Fill your heart with compassion and gratitude by practicing this simple meditation. Begin by inhaling deeply through the nose and exhaling completely through the mouth; then, inhale through the mouth and exhale completely through the nose. As you proceed, meditate on the mantra Saat Naam (True Identity).

**Test Your Knowledge**
Which of the following is a non-caloric alternative to refined sugar?

- Fruit Juice Concentrate
- Honey
- Stevia
- Fructose
- Turbinado Sugar

submit

Privacy Policy • Disclaimer • ©2004 Yogi Tea. All Rights Reserved.



About Us

As you may have guessed, there really is a "yogi" behind Yogi Tea. In 1969 **Yogi Bhajan** began teaching Kundalini Yoga in America, sharing the ancient wisdom of Ayurveda and healthy living that he had mastered in India. After each class he would serve his students a special spice tea based upon this healing science, which they affectionately named **Yogi Tea**.

We offer uplifting teas and are committed to the organic way of life.

Soon, Yogi Bhajan's students opened **Golden Temple Vegetarian Restaurants** in the US, Canada, and Europe. The delicious, rich and spicy aroma of Yogi Tea brewing permeated the environment and every customer who enjoyed the tea wanted to make their own cup

☒ Yogi Tea - the purveyor of healing teas made with organic herbs and green tea

Yogi Bhajan, the "yogi" behind Yogi Tea

of Yogi Tea at home. Through these Golden Temple restaurants, the first batches of Yogi Tea were sold to the public. In 1984 this grassroots endeavor blossomed into **The Yogi Tea Company** and Yogi Tea began to appear on Natural Foods Store shelves throughout the country.

Yogi Bhajan taught that businesses based on respect for the divinity in all beings could lead to real and lasting change. Developing work environments that focused on the growth of each individual's potential as much as on production of goods and profits would create a radical and meaningful shift in the notion of "work." Under his guidance, small businesses began to take root along with Yogi Tea. Golden Temple (bulk granolas), Peace Cereal (packaged cereals), Wha Guru Chew (candy bars), Herbal Gems (capsulated herb formulas), Sunshine (body care products) and Soothing Touch (professional massage products), were some of the companies founded during

35

this period.

| x We carry a full line of herbal teas |

Yogi Tea's first 6 Exotic Teas

In 1991 Yogi Tea introduced the first Healing Formula teas. This line of medicinal teas was designed to address specific health needs using highly specialized herbal formulas created by Yogi Bhajan and his team of herbal experts. That same year, our company made a conscious decision to use organic ingredients in Yogi Tea in order to provide the highest quality and best tasting teas we could.

Our teas have continued to evolve, meeting the ever-changing needs of the customer. Today Yogi Tea makes a rich beverage line of 9 **Exotic Teas** from all over the world that include the original spice formula, now called Classic India Spice. Our line of **Healing Formulas** is comprised of 33 specialized blends to effectively answer a wide range of specific healing needs, with 5 **Woman's Healing Formulas** specially created for female comfort and relief, and 6 **Green Tea Healing Formulas** that offer the antioxidant power of green tea with other effective healing herbs. Our 5 **Green Teas** offer the healthful qualities of green tea in a tasty blend of the finest organic green teas. Finally, a line of 3 **Organic Chai** gives our customers the chance to taste the authentic enchanting flavors of India and the Far East. With more than 50 teas to choose from, Yogi Tea has a tea for every need and every season.

Organic ingredients, Ayurvedic wisdom and modern knowledge are incorporated into every product we develop at our own modern manufacturing facility in Eugene, Oregon. We are committed to applying our yogic lifestyle to our businesses, honoring

| x Our tea company takes pride in the organic quality herbs we use in our herbal teas |

Our manufacturing facility in Eugene, Oregon

diversity and the need for individuals to grow in social



and spiritual ways. Yogi Tea along with our sister companies, Golden Temple, Peace Cereal, Wha Guru Chew, Sunshine Spa, Herbal Gems and Soothing Touch is dedicated to providing the finest products possible to support the health and well-being of our customers.

## Yogi Tea Philosophy

**Create yogically inspired quality herbal teas** that balance and heal.

**Support the health and future of the planet** by using organic ingredients and recycled materials.

**Share the knowledge with our customers** and inspire them to become healthier and happier.

**Develop a conscious working atmosphere** where each individual can develop his or her creative potential in order to enhance the prosperity of the company and achieve personal fulfillment and satisfaction.



About Us



Organic Care



Golden Temple



Contact Us

Case 2:10-cv-00882-JFW-VBK   Document 25   Filed 04/05/10   Page 41 of 55

Privacy Policy • Disclaimer • ©2004 Yogi Tea. All Rights Reserved.

yogitea.com



**YOGI TEA**

Savor the Journey

Organic Yogi Tea

Discover the benefits of a natural lifestyle with delicious Yogi Tea.

Conquer your subconscious mind, and win the world. — Yogi Bhajan

Seasonal Support

Introduction to Ayurveda

Benefits of Organic Green Tea

**Meditation for Gratitude**

Fill your heart with compassion and gratitude by practicing this simple meditation. Begin by inhaling deeply through the nose and exhaling completely through the mouth; then, inhale through the mouth and exhale completely through the nose. As you proceed, meditate on the mantra Saat Naam (True Identity).

**Test Your Knowledge**
Which of the following is a non-caloric alternative to refined sugar?

○ Fruit Juice Concentrate

○ Honey

○ Stevia

○ Fructose

○ Turbinado Sugar

[ submit ]

Privacy Policy · Disclaimer · ©2006 Yogi Tea. All Rights Reserved.

Case 2:10-cv-00882-JFW-VBK   Document 25   Filed 04/05/10   Page 43 of 55



Yogi™ teas and cereals are created with purpose, using masterfully blended
ingredients that support your mind, body and spirit. Our philosophy is rooted in
Ayurveda, which combines natural therapies with a balanced approach to overall
health and well-being. We invite you to experience all that Yogi has to offer and
achieve balance and joy in every aspect of your life.





About Yogi

Golden Temple

Yogi Commitment

Press Room

Yogi™ creates teas and cereals
with mood, flavor and purpose.
We invite you to explore our teas
and cereals and get inspired.

Our story begins in 1969 when Yogi Bhajan, an inspired and inspiring teacher of holistic living, started
teaching yoga in America. He shared the wisdom and knowledge of Ayurveda and healthy living that he
had mastered in India with his students while serving a specially spiced tea, which they affectionately
named "Yogi Tea." The recipe contained five traditional Ayurvedic spices: cardamom seed, cinnamon bark,
clove bud, ginger root and black pepper. When blended and brewed, these delicious spices leave you
feeling vibrant and alive, while boosting overall well-being. Intrigued by the complex flavor and inherent
health benefits of this unique combination of spices, it wasn't long before several of the yogi's students were
inspired to brew their own "Yogi Tea."

In 1984 this grassroots endeavor blossomed into the Yogi Tea Company. Packages of the rough, dried
spices began to appear in natural foods stores throughout Southern California. As demand increased, the
spices were more finely ground, packaged and scaled into individual tea bags. By 1986, Yogi Tea was
distributed nationwide in three flavors.

Yogi has continued to expand and evolve our tea offerings to address specific health needs by creating
specialized herbal formulas, blended for both flavor and purpose. Today, Yogi has nearly 60 tea blends,
many of which are created using the five original Yogi spices.

Yogi's expertise in sensual well-being has inspired our newest offering, Yogi cereals. As with our teas,
Yogi cereals are created with purpose and blended to enhance the health of mind, body and spirit, while
enlivening your senses with delightful flavors.

Whether you need to jump start the day, recover from physical activity, calm your mind and clarify
thoughts, or revive the spirit and reflect, there's a Yogi tea or cereal to meet your specific needs.

The holistic teachings of Ayurveda and healthy living are the inspiration behind Yogi. These teachings
continue to inform how we develop our products, and we honor and reflect them through the Yogi
Principles.

## Yogi Principles

- Tasting great is essential, but it isn't enough. If what we make doesn't taste great and leave you feeling
  great, we won't make it.
- We think before we blend or bake. How will our recipes work with body and mind?
- Health is found in nature. We work with what nature already offers rather than trying to concoct it. We
  don't have laboratories, we have kitchens.
- Creative combinations can optimize what nature has to offer. Ever added Goji berry to Ginger? They
  work together to produce a remarkable fresh and innovative taste... and a remarkable level of energy.
- Whenever possible, we work with whole, not parts. We don't add vitamin C. We add Indian

40

Gooseberry, which is naturally rich in vitamin C

Store Locator . Shop Online . Newsletter Signup   Contact Us

Copyright © 2008 Yogi™   Privacy Policy   Disclaimer

## Goodness With a Purpose



Breathe in the captivating aroma while gently
cleansing and purifying with a cup of Skin DeTox.
Be inspired. We invite you to explore teas and
cereals thoughtfully blended for mood, flavor
and purpose.

### Discover Your Perfect
Tea or Cereal



Explore
Yogi Tea

Explore
Yogi Cereal

Store Locator   Shop Online _ Newsletter Signup   Contact Us
Copyright © 2009 Yogi™   Privacy Policy   Disclaimer

42



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jan 30 04:00:03 EST 2010*



Logout　Please logout when you are done to release system resources allocated for you.

Start　List At:　　　OR　Jump　to record:　　　**Record 9 out of 79**

TARR Status　ASSIGN Status　TDR　TTAB Status　*( Use the "Back" button of the Internet Browser to return to TESS)*

# YOGI

| | |
|---|---|
| Word Mark | YOGI |
| Goods and Services | IC 030. US 046. G & S: Granola; granola snacks; granola-based snack bars; ready to eat, cereal-derived food bars |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77889992 |
| Filing Date | December 9, 2009 |
| Current Filing | |



EXHIBIT
B

| | |
|---|---|
| Basis | 1B |
| Original Filing Basis | 1B |
| Owner | (APPLICANT) Golden Temple of Oregon, LLC LIMITED LIABILITY COMPANY OREGON 2545 Prairie Road Eugene OREGON 97402 |
| Attorney of Record | Parna A. Mehrbani |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jan 30 04:00:03 EST 2010*



**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At:     OR **Jump** to record:

# Record 10 out of 71

**TARR Status** | **ASSIGN Status** | **TDR** | **TTAB Status** ( *Use the "Back" button of the Internet Browser to return to TESS)*

# YOGI

| | |
|---|---|
| Word Mark | YOGI |
| Goods and Services | IC 030. US 046. G & S: processed cereal-based food to be used as a breakfast food, snack food, or ingredient for making other foods |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77636305 |
| Filing Date | December 18, 2008 |



EXHIBIT C

| | |
|---|---|
| Current Filing Basis | 1B |
| Original Filing Basis | 1B |
| Owner | (APPLICANT) Golden Temple of Oregon, LLC LIMITED LIABILITY COMPANY OREGON 2545 Prairie Road Eugene OREGON 97402 |
| Attorney of Record | Parna A. Mehrbani |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jan 30 04:00:03 EST 2010*



| Logout | Please logout when you are done to release system resources allocated for you.

Start | List At:   OR | Jump | to record:   **Record 11 out of 71**

| TARR Status | ASSIGN Status | TDR | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)

# YOGI

| | |
|---|---|
| Word Mark | YOGI |
| Goods and Services | IC 030. US 046. G & S: Tea and ready-to-drink tea. FIRST USE: 20081226. FIRST USE IN COMMERCE: 20081226 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77423965 |
| Filing Date | March 17, 2008 |
| Current Filing Basis | 1A |
| Original Filing | 1B |



EXHIBIT
D

| | |
|---|---|
| Basis | |
| Published for Opposition | July 1, 2008 |
| Registration Number | 3607292 |
| Registration Date | April 14, 2009 |
| Owner | (REGISTRANT) **Golden Temple** of Oregon, LLC LIMITED LIABILITY COMPANY OREGON 2545 Prairie Road Eugene OREGON 97402 |
| Attorney of Record | Parna A. Mehrbani |
| Prior Registrations | 1980514 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jan 30 04:00:03 EST 2010*



Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:      OR  Jump  to record:      **Record 14 out of 71**

TARR Status   ASSIGN Status   TDR   TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | YOGI TEA |
| **Goods and Services** | IC 030. US 046. G & S: Tea. FIRST USE: 20070309. FIRST USE IN COMMERCE: 20070409 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 05.05.06 - Lotus flower<br>26.07.21 - Diamonds that are completely or partially shaded<br>26.07.28 - Diamond shapes (miscellaneous overall shape); Miscellaneous designs with overall diamond shape, including letters forming or comprising a diamond |

**EXHIBIT E**

| | |
|---|---|
| Trademark Search Facility Classification Code | SHAPES-COLORS-2 Design listing or lined for two colors<br>SHAPES-MISC Miscellaneous shaped designs<br>VEG Plant life such as trees,flowers,fruits,grains,nuts,wreaths,and leaves |
| Serial Number | 77282834 |
| Filing Date | September 18, 2007 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | March 11, 2008 |
| Registration Number | 3435101 |
| Registration Date | May 27, 2008 |
| Owner | (REGISTRANT) Golden Temple of Oregon, LLC LTD LIAB CO OREGON 2545 Prairie Road Eugene OREGON 97402 |
| Attorney of Record | Michael A. Cohen |
| Prior Registrations | 1980514 |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TEA" APART FROM THE MARK AS SHOWN |
| Description of Mark | The color(s) brown and white is/are claimed as a feature of the mark. The mark consists of the stylized words "YOGI TEA" in the color white, with the design of a lotus flower in the color white above the "I" in the word "YOGI"; the surrounding background is a gradient of the color brown which is curved on the right and left edges and pointed at the top and bottom edges. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Feb 3 04:02:09 EST 2010*

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

*( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| Word Mark | YOGI TEA |
| Goods and Services | IC 030. US 046. G & S: tea. FIRST USE: 19830308. FIRST USE IN COMMERCE: 19830308 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 74576588 |
| Filing Date | September 26, 1994 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | March 26, 1996 |
| Registration Number | 1980514 |
| Registration Date | June 18, 1996 |
| Owner | (REGISTRANT) Yogi G. Inc. DBA The Yogi Tea Company CORPORATION CALIFORNIA 2445 PRAIRIE ROAD EUGENE OREGON 97402 |
| | (LAST LISTED OWNER) Golden Temple of Oregon, Inc. CORPORATION OREGON 2545 Praine Road Eugene OREGON 97402 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Michael A. Cohen |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TEA" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20060928. |
| Renewal | 1ST RENEWAL 20060928 |
| Live/Dead Indicator | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

of 1



2/3/2010 9:29 PM